1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6973
7    Facsimile: (415) 436-7234
     E-Mail: carolyn.silane@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    No. CR 13-70169
14                                  )
            Plaintiff,               )
15                                  )
         v.                         )    STIVPULATION AND [~~PROPOSED~~]
16                                  )    ORDER CONTINUING APPEARANCE
   LIVIA LILL,                      )    DATE AND EXCLUDING TIME
17                                  )    PURSUANT TO FED. R. CRIM. P. 5.1 &
            Defendant.              )    18 U.S.C. § 3161
18                                  )

19

20      The parties, by and through counsel, stipulate and agree as follows:

21      1. The time limits of Fed. R. Crim. P. 5.1(c) shall be extended to and until June 13, 2013,

22 and the hearing scheduled for May 16, 2013 vacated.

23      2. Counsel for defendant believes that it is in the best interest of the defendant to review

24 discovery in this case, and to consult with the defendant. Both parties agree that it is in the

25 interests of justice to do so.

26      3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice

27 and outweighs the interests of the public and the defendant in a speedy trial, and that failing to

28 extend the time limits would deny counsel for the government and the defendant the reasonable

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-70169

1  time necessary for effective preparation, taking into account the exercise of due diligence. 18
2  U.S.C. § 3161(h)(7).
3      4. The hearing scheduled for May 16, 2013, should be vacated. The next court
4  appearance in this case shall be June 13, 2013, at 9:30 am before the duty magistrate in
5  San Francisco, for preliminary hearing or indictment.  The parties may seek further extension of
6  the time limits in Rule 5.1(c) and the Speedy Trial Act by stipulation.
7      SO STIPULATED AND AGREED,

          MELINDA HAAG
          United States Attorney

DATED: May 15, 2013        _____/s/_____
          CAROLYN SILANE
          Special Assistant United States Attorney


DATED: May 15, 2013        _____/s/_____
          MARK ROSENBUSH
          Attorney for LIVIA LILL


[~~PROPOSED~~] ORDER

    Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.


DATED: 5/16/13            _____
          HON. JOSEPH C. SPERO
          United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-70169