MARK ROSENBUSH
Attorney at Law, CSB 72436
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-70169 |
| ) | |
| Plaintiff, ) | |
| ) | Stipulation and [Proposed] |
| ) | Order Continuing Appearance |
| vs. ) | Date and Excluding Time |
| ) | Pursuant to Fed. R. Crim. P. 5.1 & |
| LIVIA LILL, ) | 18 U.S.C. § 3161 |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits of Fed. R. Crim. P. 5.1( c) shall be extended to and until July 11, 2013, and the hearing scheduled for June 13, 2013 vacated.

2. Counsel for defendant believes that it is in the best interest of the defendant to review discovery in this case, and to consult with the defendant. Both parties agree that it is in the interests of justice to do so.

3. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

4. The hearing scheduled for June 13, 2013 should be vacated. The next court appearance in this case shall be July 11, 2013, at 9:30 a.m. before the duty magistrate in San

1 | Francisco, for preliminary hearing or indictment.  The parties may seek further extension of the
2 | time limits in Rule 5.1 ( c) and the Speedy Trial Act by stipulation.
3 |      SO STIPULATED AND SO AGREED.

MELINDA HAAG
United States Attorney

Dated: June 12, 2013                   /s/
CAROLYN N. SILANE
Special Assistant United States Attorney

Dated: June 12, 2013                   /s/
MARK ROSENBUSH
Attorney for Defendant
LIVIA LILL

[PROPOSED] ORDER

     Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

Dated: June 12, 2013                   _____
Hon. Laurel Beeler
United States Magistrate Judge